eRecorded in Philadelphia-PA    Doc Id: 52380681
08/17/2011 09:50AM
Page 1 of 2
Commissioner of Records
State RTT:    Local RTT:
Receipt#: 1032373
Rec Fee: $168.00
Doc Code: A

Recording Requested By:
**Bank of America**
Prepared By:
**Srbui Muradyan**
888-603-9011
450 E. Boundary St.
Chapin, SC 29036
When recorded mail to:
CoreLogic
450 E. Boundary St.
Attn: Release Dept.
Chapin, SC 29036

DocID#
Tax ID:
Property Address:
3544 Shelmire Street
Philadelphia, PA 19136-3527
Property Location:
**CITY OF PHILADELPHIA**
8/5/2011

This space for Recorder's use

MIN #:    MERS Phone #: 888-679-6377

## ASSIGNMENT OF MORTGAGE

For Value Received, the undersigned holder of a Mortgage (herein "Assignor") whose address is 3300 S.W. 34TH AVENUE, SUITE 101 OCALA, FL 34474 does hereby grant, sell, assign, transfer and convey unto BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP whose address is 451 7TH ST.SW #B-133, WASHINGTON DC 20410 all beneficial interest under that certain Mortgage described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Mortgage.

Original Lender:    INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION
Mortgagor(s):    BRIAN P. MALLON AND COLLEEN M. WELLINGTON
Date of Mortgage:    11/28/2007    Original Loan Amount: $161,511.00

Recorded in Philadelphia County, PA on: 12/4/2007, book N/A, page N/A and instrument number 51818632

This Mortgage has not been assigned unless otherwise stated below:

Property Legal Description:
ALL THAT CERTAIN LOT OR PIECE OF GROUND WITH THE BUILDINGS AND IMPROVEMENTS THEREON ERECTED. DESCRIBED ACCORDING TO A SURVEY AND PLAN THEREOF MADE BY WILLIAM W. BLANKLEY, ESQ., SURVEYOR AND REGULATOR OF THE 14TH DISTRICT ON THE 29TH DAY OF DECEMBER A.D., 1938, AS FOLLOWS, TO WIT: SITUATE ON THE SOUTHWEST SIDE OF SHELMIRE STREET AT THE DISTANCE OF 227 FEET, 10-5/8 INCHES AND EXTENDING OF THAT WIDTH IN LENGTH OR DEPTH SOUTHWESTWARD BETWEEN PARALLEL LINES AT RIGHT ANGLES TO THE SAID SHELMIRE STREET 100 FEET, 1/8 INCHES TO THE MIDDLE LINE OF A CERTAIN 15 FEET WIDE DRIVEWAY WHICH EXTENDS SOUTHEASTWARD FROM LEON STREET AND COMMUNICATES AT ITS SOUTHEASTERNMOST END WITH A CERTAIN OTHER DRIVEWAY 15 FEET WIDE WHICH EXTENDS NORTHEASTWARD INTO THE SAID SHELMIRE STREET. BEING NO. 3544 SHELMIRE STREET TOGETHER WITH THE FREE AND COMMON USE, RIGHT, LIBERTY AND PRIVILEGE OF THE AFORESAID DRIVEWAY AS AND FOR A DRIVEWAY, PASSAGEWAY AND WATERCOURSE AT ALL TIMES HEREAFTER, FOREVER IN COMMON WITH THE OWNERS, TENANTS AND OCCUPIERS OF THE OTHER LOTS OF GROUND BOUNDING THEREON AND ENTITLED TO THE USE THEREOF. UNDER AND SUBJECT TO CERTAIN RIGHTS AS OF RECORD.

EXHIBIT C

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on __8.12.11__

                        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

                        By: *Malik Basurto*
                        Malik Basurto, Assistant Secretary

State of California
County of Ventura

On __AUG 12 2011__ before me, __VAZRIK SARAFIANS NOTARY PUBLIC__, Notary Public, personally appeared Malik Basurto, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Notary Public: _____
My Commission Expires: __NOV. 6/13__ (Seal)

                                               VAZRIK SARAFIANS
                                               Commission # 1867732
                                               Notary Public - California
                                               Los Angeles County
                                               My Comm. Expires Nov 6, 2013

I hereby certify that the address of the within named assignee is:
451 7TH ST.SW #B-133, WASHINGTON DC 20410

*Malik Basurto*
Signature



From: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION
To: BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

RETURN TO:
M. E. Wileman
Orion Financial Group, Inc.
2860 Exchange Blvd. # 100
Southlake, TX 76092

## Assignment of Mortgage

Send Any Notices To Assignee.

For Valuable Consideration, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION** G4318 Miller Road, Flint, MI 48507 (Assignor) by these presents does assign, and set over, without recourse, to **BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP 1525 S BELT LINE, COPPELL, TX 75019** (Assignee) the described mortgage, together with certain note(s) described with all interest, all liens, any rights due or to become due thereon, executed by **BRIAN P MALLON AND COLLEEN M WELLINGTON** to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ('MERS') SOLELY AS NOMINEE FOR INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION.  Said mortgage **Dated: 11/28/2007** is recorded in the **State of PA, County of Philadelphia on 12/4/2007, as Instrument 51818632 AMOUNT: $ 161,511.00**  SEE ATTACHED EXHIBIT A
   Property Address: 3544 SHELMIRE ST, PHILADELPHIA, PA 19136

IN WITNESS WHEREOF, the undersigned corporation has caused this instrument to be executed by its proper officer.
Executed on: 1-3-11
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR
INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION

By: _____
Luanne M. Polak
Vice President

State of NY, County of ERIE
   On 1/3/11, before me, the undersigned, personally appeared LUANNE M. POLAK, who acknowledged that he/she is VICE PRES, of/for MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION and that he/she executed the foregoing instrument and that such execution was done as the free act and deed of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") SOLELY AS NOMINEE FOR INTERNATIONAL MORTGAGE CORP, A MARYLAND CORPORATION.



MARIA J. QUINN
Notary Public, State of New York
Qualified in Erie County
Commission Expires February 1, 2014

Notary public, _____
My commission expires: 2/1/14

The Assignee hereby certifies that the precise residence is 1525 S BELT LINE, COPPELL, TX 75019.

52315975
Page: 1 of 2
02/15/2011 03:14PM

This Document Recorded
02/15/2011
03:14PM
Doc Code: A    Commissioner of Records, City of Philadelphia

Doc Id: 52315975
Receipt #: 980925
Rec Fee: 168.00

PA Philadelphia

MERS Phone 888-679-6377

eRecorded in Philadelphia PA   Doc Id: 53168611
01/27/2017 03:35 PM    Page 1 of 3    Rec Fee: $220.00
Receipt#: 17-11127
Records Department    Doc Code: A

Parcel/BRT/OPA No. BRT# ▓▓▓▓

Address: 3544 Shelmire Street, Philadelphia, PA 19136

After Recording Return to:
Richard M. Squire & Assoc., LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Prepared by:
Richard M. Squire, Esquire
115 West Avenue, Suite 104
Jenkintown, PA 19046
Phone: (215) 886-8790
Fax: (215) 886-8791
Loan # ▓▓▓▓

RECORD AND RETURN TO:
CENTI... PROPERTY SEARCH
9 LA... SUITE 200
NC ... 19403

I do certify that the precise residence of the within named Assignee is:

c/o Carrington Mortgage Services, LLC
1600 S. Douglass Road, Suite 200-A
Anaheim, CA 92806

Signed: _____ 1-23-2017
Elizabeth A. Ostermann
Vice President, Carrington Mortgage Services, LLC

## ASSIGNMENT OF MORTGAGE

COMMONWEALTH OF PENNSYLVANIA    :
PHILADELPHIA COUNTY, PENNSYLVANIA    :

FOR VALUE RECEIVED, the undersigned, Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, does hereby grant, bargain, sell, convey, assign and deliver unto Carrington Mortgage Services, LLC that certain Mortgage dated November 28, 2007 executed by Colleen M. Wellington and Brian P. Mallon to Mortgage Electronic Registration Systems, Inc., as nominee for International Mortgage Corp, A Maryland Corporation **in the original amount of One Hundred Sixty-One Thousand Five Hundred Eleven And 00/100 dollars ($161,511.00), to the undersigned, which Mortgage is recorded in the Office of the Recorder of Deeds of Philadelphia County, Pennsylvania, as Instrument No./Doc ID 51818632.**, together with the debt thereby secured and the note in the original amount therein described and all right, title and interest of the undersigned in and to the land and property conveyed by said Mortgage, said premises being situated in the County of Philadelphia, Commonwealth of Pennsylvania, and known as:

1

See Exhibit "A" attached hereto for a complete legal description

Commonly known as: 3544 Shelmire Street, Philadelphia, PA 19136

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed in its name by its duly authorized officers, on __1-23-2017__.

| Attest: Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, by Carrington Mortgage Services, LLC, its attorney-in-fact | Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP, by Carrington Mortgage Services, LLC, its attorney-in-fact |
|---|---|
| POA recorded in Philadelphia County Recorder of Deeds on 3/05/2014 as Doc Id: ▮ ||
| By: [signature] | By: [signature] |
| Name: Elizabeth A. Ostermann | Name: Tom Croft, SVP of Default for Carrington Mortgage Services, LLC, Attorney in Fact |
| Title: Vice President, Carrington Mortgage Services, LLC | Title: |

State of   California
County of   Orange

On __JAN 2 3 2017__, before me __Judit Saucedo Notary Public__ personally appeared __Elizabeth A. Ostermann__ (name), __Vice President__ (title) and __Tom Croft__ (name), __Senior Vice President__ (title) who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __California__ that the foregoing paragraph is true and correct.

Witness my hand and official seal.

[Notary seal: JUDIT SAUCEDO, COMM. # 2011945, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, Comm. Exp. MARCH 27, 2017]

_____ Notary Public

2

EXHIBIT "A"

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected.

DESCRIBED according to a Survey and Plan thereof made by William W. Blankley, Esq., Surveyor and Regulator of the 14th District on the 29th day of December A.D., 1938, as follows, to wit:

SITUATE on the Southwest side of Shelmire Street *Philadelphia Co* at the distance of 227 feet, 10-5/8 inches and extending of that width in length or depth Southwestward between parallel lines at right angles to the said Shelmire Street 100 feet, 1/8 inches to the middle line of a certain 15 feet wide driveway which extends Southeastward from Leon Street and communicates at its Southeasternmost end with a certain other driveway 15 feet wide which extends Northeastward into the said Shelmire Street.

BEING No. 3544 Shelmire Street

TOGETHER with the free and common use, right, liberty and privilege of the aforesaid driveway as and for a driveway, passageway and watercourse at all times hereafter, forever in common with the owners, tenants and occupiers of the other lots of ground bounding thereon and entitled to the use thereof.

UNDER AND SUBJECT to certain rights as of record.

4